IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| LEONARD A. ROBINSON, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) 1:20CV47 |
| v. | ) |
| | ) |
| CASSANDRA L. BROOKS, et al., | ) |
| | ) |
| Defendants. | ) |

**JUDGMENT**

For the reasons set forth in the Order filed contemporaneously with this Judgment,

IT IS THEREFORE ORDERED AND ADJUDGED that this action is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B).

This the 31st day of August, 2021.

/s/ N. Carlton Tilley, Jr.
Senior United States District Judge