IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| LEONARD A. ROBINSON, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) 1:20CV47 |
| v. | ) |
| | ) |
| CASSANDRA L. BROOKS, et al., | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

The Text Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and, on September 15, 2022, was served on the parties in this action. No objections were filed within the time limits prescribed by the statute.

Therefore, the Court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Motion for Leave of Court to File Motion for New Trial Pursuant to Rule 59(B)(2) [Doc. #51] is DENIED.

This the 9th day of November, 2022.

/s/ N. Carlton Tilley, Jr.
Senior United States District Judge